# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; LAUREN A. LISS, in her official capacity as PRESIDENT AND CHIEF EXECUTIVE OFFICER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; JAY ASH, in his official capacity as CHAIR of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; BRIAN KAVOOGIAN, in his official capacity as VICE CHAIR of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; JAY ASH, in his official capacity as CHAIR of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; JAMES E. CHISHOLM, in his official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; JAMES W. BLAKE, in his official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; KAREN GRASSO COURTNEY, in her official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; PATRICIA MCGOVERN, in her official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; GRACE FEY, in her official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; RACHEL MADDEN, in her official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; JUAN CARLOS MORALES, in his official capacity as BOARD | Case No. 1:18-cv-11279-NMG<br><br>**JOINT MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT TO DECEMBER 17, 2018** |

| | |
|---|---|
| MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; CHRISTOPHER P. VINCZE, in his official capacity as BOARD MEMBER of the MASSACHUSETTS DEVELOPMENT FINANCE AGENCY; DEVENS ENTERPRISE COMMISSION; WILLIAM P. MARSHALL, in his official capacity as CHAIRMAN of the DEVENS ENTERPRISE COMMISSION; WILLIAM CASTRO, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; DIX DAVIS, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; ARMEN DEMERIJAN, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; JAMES E. DEZUTTER, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; MELISSA FETTERHOFF, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; CHRISTOPHER LILLY, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; JOHN OELFKE, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; JIM PINARD, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; MARTIN POUTRY, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; J. PAUL ROUTHIER, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION; and ERIC STOLTZUS, in his official capacity as BOARD MEMBER of the DEVENS ENTERPRISE COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | |

# JOINT MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT TO DECEMBER 17, 2018

Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Massachusetts Development Finance Agency (with its individually-named officers and board members) and Devens Enterprise Commission (with its individually-named officers and board members) (collectively, the "Parties"), hereby respectfully move that this Honorable Court extend the time for CLF to serve the complaint pursuant to Fed. R. Civ. P. 4(m), 6(a)(1)(c), and 6(b), for good cause. In support of this motion, the Parties state:

1. On June 19, 2018, CLF filed its complaint in this matter, alleging violations of Sections 301(a) and 402 of the Clean Water Act, 33 U.S.C. §§ 1311(a) and 1342, and applicable Clean Water Act regulations.

2. Pursuant to Fed. R. Civ. P. 4(m), CLF had until September 17, 2018 (90 days from the filing of the complaint) to effectuate service of the complaint.

3. The Parties have engaged in substantive discussions via email, telephone, and in person to explore the possibility of a negotiated resolution of this matter.

4. The Parties have agreed to continue those discussions and intend to exchange revised settlement positions and meet in person two or more times during the next 90 days to try to negotiate a resolution of this matter.

5. Pursuant to Fed. R. Civ. P. 4(m) and 6(b)(1)(A), when a request for an extension of the time for service is made before the deadline for service of the complaint has expired, the Court may grant the requested extension of the time for service where good cause is shown.

6. The Parties respectfully, and jointly, propose that facilitation of ongoing settlement discussions and the potential for those discussions to produce a negotiated resolution of this matter, thereby conserving scarce judicial resources and the resources of the Parties, represents "good cause" under Fed. R. Civ. P. 6(b)(1)(A).

Wherefore, the Parties respectfully request that this Honorable Court grant their motion and extend the deadline for CLF to effectuate service until Monday, December 17, 2018.

Respectfully submitted on this 14th day of September, 2018, by:

CONSERVATION LAW FOUNDATION, INC.

By its attorney,

/s/ Zachary K. Griefen
Zachary K. Griefen, Esq.
Conservation Law Foundation
BBO No. 665521
15 East State Street, Suite 4
Montpelier, VT 05602
802.223.5992 x4011
zgriefen@clf.org
Date: September 14, 2018

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
AND ITS INDIVIDUALLY-NAMED OFFICERS AND BOARD MEMBERS

By their Attorney,

*/s/ Jonathan M. Ettinger*
Jonathan M. Ettinger
BBO #552136
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1195
jettinger@foleyhoag.com
Date: September 14, 2018

DEVENS ENTERPRISE COMMISSION
AND ITS INDIVIDUALLY-NAMED OFFICERS AND BOARD MEMBERS

By their Attorney,

/s/ Luke H. Legere
Luke H. Legere, Esq.
BBO #664286
McGregor & Legere, P.C.
15 Court Square, Suite 500
Boston, MA 02108
(617)338-6464 x 126
llegere@mcgregorlaw.com
Date: September 14, 2018

## CERTIFICATE OF E-SERVICE

I, Zachary Griefen, certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on today's date.

Dated: September 14, 2018

/s/ Zachary Griefen