**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, et al.,<br><br>Defendants. | Case No. 1:18-cv-11279-NMG |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties ("the Parties") hereby stipulate to the dismissal of the above-entitled action, including all claims, with prejudice and without costs or attorneys' fees.

Dated: March 30, 2021

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

By its Attorney,

*/s/ Ian D. Coghill*

Ian D. Coghill
BBO #685754
Conservation Law Foundation
62 Summer St
Boston, MA 02110
(617) 850-1739
icoghill@clf.org

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY AND ITS INDIVIDUALLY-NAMED OFFICERS AND BOARD MEMBERS

By their Attorney,

*/s/ Jonathan M. Ettinger*

Jonathan M. Ettinger
BBO #552136
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1195
jettinger@foleyhoag.com

DEVENS ENTERPRISE COMMISSION AND ITS INDIVIDUALLY-NAMED OFFICERS AND BOARD MEMBERS

By their Attorney,

*/s/ Luke H. Legere*

Luke H. Legere, Esq.
BBO #664286
McGregor & Legere, P.C.
15 Court Square, Suite 500
Boston, MA 02108
(617)338-6464 x 126
llegere@mcgregorlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such to all counsel of record via the CM/ECF system.

*/s/ Ian D. Coghill*
Ian D. Coghill